IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Jaelon Jackson, | ) | C/A No.: 1:19-2559-SAL-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Officer Bernard Williams, Correctional Officer, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's motion [ECF No. 33] to depose Plaintiff pursuant to Fed. R. Civ. P. 30(a)(2)(B).

It appearing to the court that Defendant's request is reasonable and proper, Defendant's motion is granted.[1] Defendant is permitted to depose Plaintiff.

IT IS SO ORDERED.

*Shiva V. Hodges*

March 20, 2020
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge

---

[1] The motion mentions that Plaintiff is in SCDC custody, but Plaintiff appears to remain in custody at the Sumter-Lee Regional Detention Center. Plaintiff is directed to advise the court of any change in address in the future.